THE STATE EX REL. WILLIAMS, APPELLANT, *v.* BRIGANO, WARDEN, APPELLEE.

[Cite as *State ex rel. Williams v. Brigano* (1997), 78 Ohio St.3d 413.]

(No. 96–2752—Submitted March 18, 1997—Decided May 14, 1997.)

*Donald L. Williams, Sr., pro se.*

*Betty D. Montgomery,* Attorney General, and *Donald Gary Keyser,* Assistant Attorney General, for appellee, Anthony Brigano, Warden.

---

*Per Curiam.* Williams asserts that the court of appeals erred in dismissing his habeas corpus petition. Williams's assertion lacks merit for the following reasons.

First, a claimed denial of the right to a speedy trial is not cognizable in habeas corpus. *State ex rel. Dotson v. Rogers* (1993), 66 Ohio St.3d 25, 607 N.E.2d 453. Instead, appeal is the appropriate remedy to raise this claim. *Russell v. Tate* (1992), 64 Ohio St.3d 444, 444–445, 596 N.E.2d 1039, 1040.

Second, the speedy trial issue has been previously adjudicated on direct appeal, and *res judicata* bars Williams from relitigating the issue in a habeas corpus action. *Id.,* 64 Ohio St.3d at 445, 596 N.E.2d at 1040.

Based on the foregoing, we affirm the judgment of the court of appeals.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.